UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN SIMONS,<br><br>           Plaintiff,<br><br>   v.<br><br>DR. NGUYEN, et. al.,<br><br>           Defendant. | CV F- 05-0503 REC DLB P<br><br>ORDER DENYING PLAINTIFFS'<br>MOTIONS TO COMPEL AS MOOT<br>[Docs. 26, 27] |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an amended civil rights complaint filed on September 30, 2005. On August 31, 2006, plaintiff filed two (2) motions to compel responses to discovery from defendant Michelle Edwards. Plaintiff stated that as of the date of the motion, he had not received responses to his interrogatories or his requests for admissions. On September 11, 2006, defendant Edwards filed an opposition to the motion and included proof of service of the responses on August 28, 2006. Plaintiff's motions are therefore DENIED as moot.

      IT IS SO ORDERED.

      **Dated:   September 29, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE