UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN SIMONS, | ) | CV F- 05-0503 OWW DLB P |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFFS' MOTION TO COMPEL AS MOOT |
| v. | ) | [Doc. 30] |
| DR. NGUYEN, et. al., | ) ) | |
| Defendant. | ) ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an amended civil rights complaint filed on September 30, 2005. On September 20, 2006, plaintiff filed a motion to compel responses to interrogatory numbers 2, 7, 10 and 14. On October 16 and 27, 2006, defendant Dr. Nguyen provided the information requested by plaintiff. Plaintiff's motion is therefore DENIED as moot.

IT IS SO ORDERED.

Dated: October 30, 2006              /s/ Dennis L. Beck
3c0hj8                               UNITED STATES MAGISTRATE JUDGE