# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN SIMONS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. NGUYEN, et. al.,<br><br>　　　　　　Defendant. | CV F- 05-0503 REC DLB P<br><br>ORDER DENYING PLAINTIFFS'<br>MOTION FOR SCHEDULING ORDER<br>[Doc. 40 ] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an amended civil rights complaint filed on September 30, 2005. On March 7, 2007, plaintiff filed a motion for scheduling order requesting a trial date.

Plaintiff is advised that the deadline for filing dispositive motions in this case is April 7, 2007. After dispositive motions, if any, are resolved, a further scheduling order will be issued, if necessary. Accordingly, plaintiff's motion for a scheduling order is premature and is therefore denied.

IT IS SO ORDERED.

　　Dated:　　**March 28, 2007**　　　　　　　　　/s/ **Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE