UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN SIMONS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DR. NGUYEN, et. al.,<br><br>　　　　　　Defendant. | CV F- 05-0503 LJO DLB P<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SUBPOENA<br>[DOC. 42] |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

　　　On March 12, 2007, plaintiff filed a motion requesting that the clerk of the court issue him a blank subpoena to serve on defendants' counsel requiring the production of a completed investigation by the Office of Internal Affairs #C-HCS-043-03.

　　　Pursuant to the Court's Scheduling Order issued June 30, 2006, discovery in this action closed on February 23, 2007.  Accordingly, plaintiff's request is HEREBY DENIED.

　　　IT IS SO ORDERED.

　　　Dated:   April 3, 2007                    /s/ Dennis L. Beck
3c0hj8　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE