UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN SIMONS, | 1:05-cv-00503-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 53) |
| vs. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 50) |
| DR. NGUYEN, et al., | |
| Defendants. | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Plaintiff, Glen Simons ("plaintiff"), proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 28, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed January 28,
8  2008, are ADOPTED IN FULL;
9  2.  Defendants' motion for summary judgment, filed April
10 23, 2007, is GRANTED, concluding this action in its entirety;
11 and,
12 3.  The Clerk of Court enter judgment for defendants and
13 against plaintiff.
14 IT IS SO ORDERED.
15 **Dated:  March 7, 2008**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE